No. 69117.—Panation Trade Co. and W. J Byrnes & Co. of N.Y., Inc., et al. *v.* United States, protests 64/10540, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiffs was sustained.